UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-------------------------------------------------------------x
MARY GABUCAN,

        Plaintiff                Case No.:  6:14-cv-674-Orl-22KRS

  -against-

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

ARM WNY, LLC and ADAM MARCH,
        Defendant.
-------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mary Gabucan by and through her counsel, Fredrick Schulman & Associates, hereby gives notice that her claim against Defendant Adam March with regard to the above-captioned action is voluntarily dismissed, without prejudice.

Dated: May 22, 2014
New York, New York

BY: s/ JERALD ALAN BELOFSKY

JERALD ALAN BELOFSKY, ESQ. (249262)
Fredrick Schulman & Associates
30 East 29th Street
New York, New York 10016
P: 212-796-6053
F: 212-951-7379
Attorneys for Plaintiff

**SO-ORDERED:**

_____
**Hon.**