UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARY GABUCAN,**

       **Plaintiff,**

**v.**                                          Case No:  6:14-cv-674-Orl-22KRS

**ARM WNY, LLC,**

       **Defendant.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ARM WNY, LLC** in Orlando, Florida on the 19th day of June, 2014.

                                          SHERYL L. LOESCH, CLERK

                                          s/M. Pleicones, Deputy Clerk

Copies furnished to:

Counsel of Record