# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY GABUCAN,**

      **Plaintiff,**

**v.**                                          **Case No:   6:14-cv-674-Orl-22KRS**

**ARM WNY, LLC,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court upon a review of the docket. Plaintiff has failed to move for default judgment within 60 days of service. Local Rule 1.07(b) permits the Court to dismiss a case without notice and without prejudice when counsel fails to apply for a default and proceed without delay to apply for a judgment within 60 days of service.

Based on the foregoing, it is ordered as follows:

1. This case is hereby DISMISSED without prejudice.

2. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 30, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record